IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA ROGERS** | ) |
| Plaintiff, | ) Civil Action No. 11-7397 |
| v. | ) |
| **HARRISON ROSS BYCK P.C.** | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal without prejudice as to Defendant Harrison Ross Byck P.C. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**FRANCIS & MAILMAN, P.C.**

BY:  */s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

*Attorney for Plaintiff*

Dated: September 26, 2012